# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Baoming Guan,

   Petitioner,

v.

Kristi Noem, et al.,

   Respondents.

No. CV-26-02193-PHX-KML (ASB)

**ORDER**

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention has exceeded the removal period and there is no significant probability of removal in the reasonably foreseeable future. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 4.) Respondents' response stated

> Undersigned counsel is unable to ascertain sufficient facts at this time to establish that there is a "significant likelihood of removal in the reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Accordingly, Respondents do not oppose Petitioner's request for release at this time.

(Doc. 6.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition as to his *Zadvydas* claim.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his *Zadvydas* claim. The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 8th day of April, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -